IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES SWIFT                                                                                    PLAINTIFF

v.                             CASE NO. 4:24-CV-00217-BSM

WALMART and SHANITA GREER                                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE